Maria Dorazio, as Administratrix under Limited Letters of Administration of the Estate of Francesco Dorazio, Deceased, Respondent, v. New York Telephone Company, Defendant, and United Bottle Supply Corporation, Defendant-Appellant.

Submitted April 10, 1944; decided April 20, 1944.

*Ralph W. Brown* for motion.
*James H. Brassel* opposed.

Motion denied, without costs.   (See rule I of. Rules of Court of Appeals.)